No. —— ——. CORDERO *v.* UNITED STATES; and

No. —— ——. DUQUE *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. A–502. MANCE *v.* ARIZONA ET AL. C. A. 9th Cir. Application for stay of mandate, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–534 (94–1244). BEHRENS *v.* PELLETIER. C. A. 9th Cir. Application for stay of District Court proceedings, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted, and it is ordered that proceedings in this case in the United States District Court for the Central District of California are stayed pending this Court's action on the petition for writ of certiorari. If the petition for writ of certiorari is denied, this order terminates automatically. In the event the petition for writ of certiorari is granted, this order is to remain in effect pending the sending down of the judgment of this Court.

No. D–1455. IN RE DISBARMENT OF WONG. Allan Yon Kwong Wong, of Somerville, Mass., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on September 14, 1994 [512 U. S. 1282], is hereby discharged.

No. D–1478. IN RE DISBARMENT OF CHASTAIN. Disbarment entered. [For earlier order herein, see *ante,* p. 1038.]

No. D–1480. IN RE DISBARMENT OF MACK. Disbarment entered. [For earlier order herein, see *ante,* p. 1039.]

No. D–1481. IN RE DISBARMENT OF LIEBER. Paul Gerald Lieber, of New York, N. Y., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on December 5, 1994 [*ante,* p. 1039], is hereby discharged.